[969 NE2d 1162, 947 NYS2d 47]

MARK DZIELSKI et al., Respondents, v ESSEX INSURANCE COMPANY, Appellant, et al., Defendant.

Decided June 5, 2012

APPEARANCES OF COUNSEL

*Hurwitz & Fine, P.C.*, Buffalo (*Dan D. Kohane* of counsel), for appellant.

*Damon Morey LLP*, Buffalo (*Kathleen M. Reilly, Eric C. Naegely* and *Jessica M. DeMichiel* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, plaintiffs' motion for summary judgment denied, defendant's motion for summary judgment granted, and judgment granted to defendant declaring that it has no obligation to indemnify its insured in the underlying personal injury action, for the reasons stated in the dissenting memorandum at the Appellate Division (90 AD3d 1493, 1495-1497 [2011]).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.